IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DONDRE CHISOM, :
    Petitioner, :
: No. 1:20-cv-124
v. :
: (Judge Rambo)
BARRY SMITH, *et al.*, :
    Respondents :

## ORDER

**AND NOW**, on this 29th day of January 2020, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**;

2. Petitioner's motion to assume jurisdiction (Doc. No. 2) is **DENIED**;

3. A certificate of appealability **SHALL NOT ISSUE**; and

4. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned case.

                                                s/Sylvia H. Rambo
                                                Sylvia H. Rambo
                                                United States District Judge